UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LORIE JEAN HINKEL,**

        **Plaintiff,**

  v.

        Case No. 16-CV-535

**UNITED STATES OF AMERICA, et al.,**

        **Defendants.**

---

### ORDER OF DISMISSAL OF DEFENDANT ALASTAIR HOYT

---

Based on the stipulation of the parties dated June 17, 2016, Alastair Hoyt is dismissed from the case, without prejudice and without costs.

Dated at Milwaukee, Wisconsin this 20th day of June, 2016

        BY THE COURT

        *s/Nancy Joseph*
        NANCY JOSEPH
        United States Magistrate Judge