# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LORIE JEAN HINKEL,**

    **Plaintiff,**

    v.                                  Case No. 16-CV-535

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER REFERRING CASE FOR MEDIATION

Based on the representations of counsel that the parties agree to participate in mediation,

**IT IS HEREBY ORDERED** that Magistrate Judge Aaron E. Goodstein is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion. The case shall be returned to me following the mediation effort for further action consistent with the result.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2016.

                                                  BY THE COURT

                                                  *s/Nancy Joseph*
                                                  NANCY JOSEPH
                                                  United States Magistrate Judge