UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LORIE JEAN HINKEL, f/k/a LORIE BELL,

    Plaintiff,

v.                                           Case No. 16-CV-535

UNITED STATES OF AMERICA,

    Defendant.

---

## STIPULATION OF DISMISSAL

---

The parties, by their undersigned attorneys, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal of this action in its entirety with prejudice and with each party to bear its own costs.

Dated: January 24, 2017

                                                  GREGORY J. HAANSTAD
                                                  United States Attorney

                                           By: _____
                                                 MICHAEL A. CARTER
                                                 Assistant United States Attorney
                                                 Eastern District of Wisconsin
                                                 State Bar No. 1090041
                                                 517 East Wisconsin Avenue
                                                 Milwaukee, WI 53202
                                                 (414) 297-4101
                                                 Fax: (414) 297-4394
                                                 Michael.A.Carter@usdoj.gov

RHEINGOLD, VALET, RHEINGOLD,
MCCARTNEY & GIUFFRA LLP
Attorney for Plaintiff

By: _____
THOMAS P. VALET
113 East 37th Street
New York, NY 10016
(212) 684-1880
tvalet@rheingoldlaw.com